# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HAINES & KIBBLEHOUSE, INC., SUBCONTRACTOR TO BALFOUR BEATTY CONSTRUCTION, INC. | : | No. 216 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| DEPARTMENT OF TRANSPORATION | : | |
| | : | |
| PETITION OF:  HAINES & KIBBLEHOUSE, INC. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.